IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID WOLF, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-03-4391 |
| | § | |
| PAUL STRUNK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum and Opinion entered this date and the Court's Memorandum and Order entered on January 19, 2005 (Docket Entry No. 36), this action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 28th day of June, 2005.

_____

DAVID HITTNER

United States District Judge